IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

**RANDY GILL AND BEVERLY GILL**                                               **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO.: 3:13cv917-HTW-LRA**

**CITY OF PHILADELPHIA, MISSISSIPPI;**                        **DEFENDANTS**
**CITY OF PHILADELPHIA POLICE DEPARTMENT;**
**NESHOBA COUNTY, MISSISSIPPI; NEHSOBA**
**COUNTY, MISSISSIPPI SHERIFF'S DEPARTMENT;**
**RICHARD SISTRUNK, CHIEF OF POLICE FOR THE**
**CITY OF PHILADELPHIA POLICE DEPARTMENT;**
**DONNIE ATKINS, FORMER SHERIFF OF NESHOBA**
**COUNTY, MISSISSIPPI; MARK GORE; PAUL PAYNE;**
**JIMMY LOVORN; RAYBURN WADDELL, FORMER**
**MAYOR OF THE CITY OF PHILADELPHIA; LARRY SMITH;**
**AND FICTITIOUS DEFENDANTS X, Y, AND Z**

## ORDER

All parties having agreed to and announced to the court a settlement of this case, and the court being desirous that this matter be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed as to all parties, and all outstanding motions in this matter are hereby moot. If any party fails to consummate this settlement within THIRTY (30) DAYS, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

The parties shall submit to the Court a final order of dismissal.

**SO ORDERED** this      29th      day of      January      , 2018.

                                   s/ HENRY T. WINGATE
                                   UNITED STATES DISTRICT COURT JUDGE